```
                                    FILED
                                08 AUG 27 PM 3:35
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury    08 CR 2860 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |
| RAFAEL SANDOVAL-SANDOVAL, ) aka Raul Sandoval-Sandoval, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about July 11, 2008, within the Southern District of California, defendant RAFAEL SANDOVAL-SANDOVAL, aka Raul Sandoval-Sandoval, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

GFN:fer:San Diego
8/27/08

border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant RAFAEL SANDOVAL-SANDOVAL, aka Raul Sandoval-Sandoval, was removed from the United States subsequent to April 20, 1993.

## Count 2

On or about July 11, 2008, within the Southern District of California, defendant RAFAEL SANDOVAL-SANDOVAL, aka Raul Sandoval-Sandoval, did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Officer M. Prado, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States; whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
GREGORY F. NOONAN
Assistant U.S. Attorney