```
                                                FILED
                                          08 AUG 27 PM 3:36
                                      CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:                   /s/
                                                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2860 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| RAFAEL SANDOVAL-SANDOVAL, ) aka Raul Sandoval-Sandoval, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Rafael Sandoval-Sandoval, aka Raul Sandoval-Sandoval</u>, Criminal Case No. 08CR2654L.

DATED: August 27, 2008.

KAREN P. HEWITT
United States Attorney

/s/

GREGORY F. NOONAN
Assistant U.S. Attorney